Jared B. Pearson (12200)
PEARSON LAW FIRM, PLLC
9192 South 300 West, Suite 35
Sandy, Utah 84070
Tele: (801) 888-0991
jared@pearsonlawfirm.org
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| DANIEL NIELSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:19-cv-00392-RJS |
| | ) |
| GC SERVICES, LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DANIEL NIELSEN, ("Plaintiff"), through his attorney, Pearson Law Firm, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

DATED: June 21, 2019          By: /s/ Jared B. Pearson
                              Jared B. Pearson (12200)
                              PEARSON LAW FIRM, PLLC
                              9192 South 300 West, Suite 35
                              Sandy, Utah 84070
                              Tele: (801) 888-0991
                              jared@pearsonlawfirm.org

## **CERTIFICATE OF SERVICE**

On June 21, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

By: /s/ Jared B. Pearson
Jared B. Pearson (12200)