IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANIEL NIELSEN, <br><br> Plaintiff, <br><br> v. <br><br> GC SERVICES, LIMITED PARTNERSHIP, <br><br> Defendant. | **ORDER DISMISSING CASE** <br><br> Case No. 2:19-cv-392 <br><br> Chief Judge Robert J. Shelby |

On June 20, 2019, Plaintiff Daniel Nielsen filed a "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.[1] Plaintiff's Notice is proper under Rule 41(a)(1)(A)(i) because Defendant GC Services, Limited Partnership has not filed an Answer or a Motion for Summary Judgment.[2] This case is accordingly dismissed without prejudice.[3] The Clerk of Court is directed to close the case. Each party is to bear its own costs.

SO ORDERED this 26th day of June, 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] *See* Dkts. 5–7.

[2] Fed. R. Civ. P. 41(a)(1)(A)(i) ("the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.").

[3] *See* Dkts. 6–7.